LINDA DUFFY, as Administratrix of the Estate of JOHN P. DUFFY, Deceased, Respondent, v COUNTY OF CHAUTAUQUA,

Appellant. (Action No. 1.) JAMES EVANS et al., Respondents, v COUNTY OF CHAUTAUQUA, Appellant. (Action No. 2.) COUNTY OF CHAUTAUQUA, Third-Party Plaintiff, v STEVEN NICHOLS et al., Third-Party Defendants. WILLIAM A. STUART et al., Respondents, v COUNTY OF CHAUTAUQUA, Appellant. (Action No. 3.) COUNTY OF CHAUTAUQUA, Third-Party Plaintiff, v STEVEN NICHOLS et al., Third-Party Defendants. [617 NYS2d 703] —Motion for leave to appeal to Court of Appeals denied. Memorandum: The issue for which review by the Court of Appeals is sought was raised for the first time on appeal and, therefore, is not preserved for review. Present—Green, J. P., Balio, Lawton, Wesley and Boehm, JJ.